IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT BAKER,<br><br>  Defendant. | No. Cr 09-00966 CRB<br><br>**EXPUNGEMENT ORDER** |

On September 20, 2011, the Ninth Circuit Court of Appeals held that this Court exceeded its authority by imposing a DNA condition on Defendant Robert Baker. Accordingly, the Court ORDERS the expungement of Defendant's DNA records collected pursuant to this condition. The Federal Bureau of Investigations is hereby instructed to destroy the collected DNA.

**IT IS SO ORDERED.**

Dated: February 17, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\966\Expungement Order.wpd